# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CURIEL DIAZ, | NO. CV 07-3599-DDP (MAN) |
|     Petitioner, | |
| v. | JUDGMENT |
| WALKER, WARDEN, | |
|     Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 19, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE